L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939
Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

| In Re: | CHAPTER 7 |
|---|---|
| | CASE NO. 2:10-BK-31946-BR |
| JAVIER CERVANTES | DECLARATION IN RE: NO RESPONSE OF OPPOSITION TO THE MOTION TO CONVERT CASE UNDER 11 U.S.C. §706(a) |
| Debtor(s) | |

TO ALL INTERESTED PARTIES:

Debtor Javier cervantes hereby declares as follows:

1.- On October 4, 2010, I filed a Notice of Motion and Motion (Docket # 15, and 16) to convert case under 11 U.S.C. §706(a), Copy of the Notice and Motion and proof of service is attached herein as exhibit "A",

2.- On the same date October 4, 2010, a Notice of Motion and the Motion was served on the interested parties. Copy of the Proof of Service is part of the exhibit "A".

3.- Today November 5, 2010 my attorney checked Pacer and informed me that there is no objection or response filed in Court. Any of the parties has not served with an opposition to the Motion within the time allowed, or has otherwise failed to comply with provisions of Local Rule 9013-1(7) or any other applicable law.

I declare under penalty of perjury under the Laws of The United States of America, that the foregoing is true and correct.

///

1

1  Dated: November 5, 2010

Respectfully submitted,

_____
Javier Cervantes

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of 18 and not a party to the within action. My business mailing address is 3250 Wilshire Blvd., Ste 1500, Los Angeles, California 90010.

On November 5, 2010, I served the following document described as **DECLARATION DECLARATION IN RE: NO RESPONSE OF OPPOSITION TO THE MOTION TO CONVERT CASE UNDER 11 U.S.C. §706(a)**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

*Please See Attached Mailing List*

[ X ] **BY MAIL:** I enclosed a copy in separate envelopes, with postage fully prepaid, addressed to each addressee named below, and deposited each sealed envelope with the United States Postal Service in Los Angeles, California, for delivery as addressed above.

[ ] **BY OVERNIGHT SHIPPING:** I caused such envelope(s) to be delivered via the above-checked shipper to the addressee(s) designated herein.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

[ ] **BY FACSIMILE:** I caused said documents(s) to be transmitted to the facsimile number(s) of the addressee(s) designated as follows:

[ ] **BY ELECTRONIC MAIL:** I caused said documents(s) to be transmitted to the electronic mail address(s) of the addressee(s) designated as follows:

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on November 5, 2010, at Los Angeles, California.

*/s/ Moises Lopez*
_____
Moises Lopez